# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*William Shields*                    v.    *Joseph Arpaio*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-00227-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**    Date: September 14, 2006

---

    In a report at docket 6, the magistrate judge recommends that this action be dismissed without prejudice for failure to prosecute. This court has reviewed the matter and finds that the magistrate judge has correctly found the facts and applied the law. The report at docket 6 is **ADOPTED**.

    This case is hereby **DISMISSED** without prejudice.